AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

                              District of _____ Nevada _____

William G. Martinez, Susie K. Holmes,
                    Plaintiff (s),
          V.
Safeguard Properties, Inc.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:13-cv-1012-JAD-NJK

Notice is hereby given that, subject to approval by the court, __William G. Martinez__ substitutes
                                                                 (Party (s) Name)

__Matthew P. Pawlowski, Esq.__, State Bar No. __009889__ as counsel of record in
    (Name of New Attorney)

place of __James T. Imperiale, Esq.__
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:         Walsh & Friedman, Ltd.
   Address:           400 S. Maryland Pkwy.
   Telephone:         (702) 474-4660           Facsimile  (702) 474-4664
   E-Mail (Optional): mpp@walshandfriedman.com

I consent to the above substitution.
Date: _____

                                                              _____
                                                              (Signature of Party (s))

I consent to being substituted.
Date:     8/19/2013
                                                              _____
                                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____
                                                              _____
                                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   August 20, 2013.
                                                              _____
                                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____Nevada_____

| | |
|---|---|
| William G. Martinez, Susie K. Holmes, <br> Plaintiff(s), <br> V. <br> Safeguard Properties, Inc. <br> Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 2:13-cv-1012-JAD-NJK |

Notice is hereby given that, subject to approval by the court, __William G. Martinez__ substitutes
(Party (s) Name)

__Matthew P. Pawlowski, Esq.__, State Bar No. __009889__ as counsel of record in
(Name of New Attorney)

place of __James T. Imperiale, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Walsh & Friedman, Ltd.
Address:          400 S. Maryland Pkwy.
Telephone:        (702) 474-4660          Facsimile  (702) 474-4664
E-Mail (Optional): mpp@walshandfriedman.com

I consent to the above substitution.
Date:   8-16-13                               _William H. Martinez_
                                              (Signature of Party (s))

I consent to being substituted.
Date:
                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   8/16/13                               _[signature]_
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   August 20, 2013                       _[signature]_
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]