AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ Nevada _____

William G. Martinez, Susie K. Holmes,
                Plaintiff (s),
V.
Safeguard Properties, Inc.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:13-cv-1012-JAD-NJK

Notice is hereby given that, subject to approval by the court, __William G. Martinez__ substitutes
                                                                                 (Party (s) Name)

__Matthew P. Pawlowski, Esq.__, State Bar No. __009889__ as counsel of record in
    (Name of New Attorney)

place of __James T. Imperiale, Esq.__
             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:           Walsh & Friedman, Ltd.
    Address:               400 S. Maryland Pkwy.
    Telephone:          (702) 474-4660          Facsimile  (702) 474-4664
    E-Mail (Optional):   mpp@walshandfriedman.com

I consent to the above substitution.
Date: _____

I consent to being substituted.
Date:     8/19/2013

                                             (Signature of Party (s))

                                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date: _____

                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    August 20, 2013.

                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of Nevada

William G. Martinez, Susie K. Holmes,
       Plaintiff (s),
V.
Safeguard Properties, Inc.
       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:13-cv-1012-JAD-NJK

Notice is hereby given that, subject to approval by the court, __William G. Martinez__ substitutes
              (Party (s) Name)

__Matthew P. Pawlowski, Esq.__, State Bar No. __009889__ as counsel of record in
(Name of New Attorney)

place of __James T. Imperiale, Esq.__
    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Walsh & Friedman, Ltd.
 Address: 400 S. Maryland Pkwy.
 Telephone: (702) 474-4660   Facsimile (702) 474-4664
 E-Mail (Optional): mpp@walshandfriedman.com

I consent to the above substitution.
Date: 8-16-13     William H. Martinez
          (Signature of Party (s))

I consent to being substituted.
Date:
          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/16/13
          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 20, 2013
          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]